**Motions Granted and Order filed June 11, 2019**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-18-00800-CV
_____

**ANA LISA MINES, PERSONAL REPRESENTATIVE OF THE ESTATE OF JORGE LUIS MINES, Appellant**

**V.**

**KENON  D. MURPHY, Appellee**

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-66594**

## ABATEMENT ORDER

The reporter's record in this case was due October 10, 2018. *See* Tex. R. App. P. 35.1. After granting several extensions and issuing two orders to court reporter **Cynthia Martinez** file the reporter's record, we abated this appeal on March 5, 2019 for the trial court to conduct a hearing to determine why the record had not been filed. We stated that if Martinez filed the record on or before April 4, 2019, the trial court did not need to conduct the hearing. The record was filed April 4, 2019.

On May 9, 2019, appellants filed a motion stating the record as filed is not complete. The motion details appellants' efforts to secure the remainder of the record to no avail. Appellant ask us to direct Martinez to file the record. Appellants filed a supplemental motion on May 29, 2019, an amended supplemental motion on May 30, 2019, and a second supplemental motion on June 4, 2019, all three of which request the similar relief.

We **GRANT** the four motions and order **Cynthia Martinez** to file the remainder of the record by **June 26, 2019**. If the record is not timely filed, we will order the trial court to conduct a hearing to determine the reason for failure to file the record.

Appellants' brief will be due 30 days after the remainder of the reporter's record is filed.

PER CURIAM